In the Matter of EAST RIVER SAVINGS BANK, Appellant. MORSYL REALTY CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals granted on condition that within five days from the entry of the order hereon the Morsyl Realty Corporation (1) file a stipulation to hold in escrow, pending the determination of the appeal, the surplus or net profits, or (2) file an under-taking, with corporate surety, to pay over the surplus or net profits to the East River Savings Bank in the event that the order be affirmed or the appeal there-from be dismissed; otherwise, the motion is denied. The following question is certified: Was the order of the Special Term properly made? [See *ante,* p. 825.]

Settle order with reference to amount of undertaking on notice. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

In the Matter of the Estate of FRIEDERIKE GASTEYER, Deceased. FREDERICK WALZ, Appellant; PUBLIC ADMINISTRATOR OF KINGS COUNTY et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 826.] Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.